4 A.3d 155

**Marie VOGT, Executrix of the Estate of Joseph Thibeault, Deceased, and Marie Vogt, Administratrix of the Estate of Theresa Thibeault, Deceased, Appellant**

**v.**

**Honorable Thomas J. HINES, Workers' Compensation Judge, and Honeywell, Inc. (Successor in Interest to Allied Signal, Inc.), and Travelers Insurance Company, Appellees.**

Supreme Court of Pennsylvania.

Sept. 29, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2010, it appearing that Appellant has failed to raise any argument of merit that would support her request for a writ of prohibition or a writ of mandamus in this case, the Order of the Commonwealth Court is **AFFIRMED.**